*ABC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

'07 JAN 31 AM 8:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate's Case No. '07 MJ 0239 |
| vs. | |
| Gerardo GONZALEZ-Valencia | COMPLAINT FOR VIOLATION OF |
| | 21 U.S.C. 952 and 960 |
| | Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about January 30, 2007, within the Southern District of California, defendant Gerardo GONZALEZ knowingly and intentionally imported approximately 11.65 kilograms (25.63 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this ___31st___ day of ___Jan___, 2006.

United States Magistrate Judge

ABC

United States of America
      VS.
Gerardo GONZALEZ-Valencia

## PROBABLE CAUSE STATEMENT

On January 30, 2007, at approximately 1715hours, Gerardo GONZALEZ-Valencia entered the United States through the Otay Mesa, California Port of Entry (POE) as the driver and sole occupant of a black 2005 Nissan Titan bearing U.S. California license plate 7Y15737. A U.S. Customs and Border Protection (CBP) Officer made contact with GONZALEZ in primary lane #7. GONZALEZ subsequently gave two negative Customs Declarations to the CBP Official. Upon contact by the CBP official, GONZALEZ advised that he was on his way to Los Angeles, California. In response to the question of vehicle ownership, GONZALEZ denied owning the vehicle in which he was driving. Throughout the questioning, GONZALEZ appeared to be nervous. The vehicle was then screened by a Customs and Border Protection Narcotic Detector Dog (NDD). The NDD alerted to the right front fender of the vehicle by scratching in that area.

The vehicle was subsequently escorted to the secondary inspection lot for further examination. A total of 11 packages containing approximately 11.65 kilograms of cocaine were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of cocaine. According to the Department of Motor Vehicle Registration as well as DMV records checks, Gerardo GONZALEZ has owned the aforementioned vehicle since May 17, 2006, with a recent registration payment on November 07, 2006.

ABC

1        GONZALEZ was arrested and charged with violation of Title 21 USC 952, 960,

2   Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan

3   Correctional Center, San Diego, CA.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28